**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD ROSS, | Case No. ED CV 17-1593 SJO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TERRI GONZALEZ, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: August 14, 2017

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE